Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BOWLES, and ANTONIO SOUSA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF PORTERVILLE, OFFICER CHRIS MCGUIRE, CHIEF CHUCK MCMILLAN, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:10-CV-00937 LJO (GSA)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　TO: CLERK OF THE COURT:

　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel and respectfully requested of the Court that:

　　　1. The Case Management Conference currently set in this matter for September 28, 2010, at 8:30 a.m., be briefly continued to October 19, 2010, or as the Court may otherwise deem appropriate.

　　　GOOD CAUSE appears for this request for the following reasons:

　　　1. Plaintiffs' current counsel, Brian Claypool, has a mandatory appearance before Judge Patel in the USDC, San Francisco, on an unrelated matter at the same time as the

1　Case No.: 1:10-CV-00937 LJO (GSA)

1  currently set CMC in this matter.  Moreover, Plaintiffs' counsel will soon be associating
2  new counsel, Dale Galipo, into this current matter and the participation of Mr. Galipo's
3  office in the CMC will be beneficial to the furtherance of this case.

4  　　　2.  Unfortunately, through inadvertence of otherwise, Defendants were never
5  served with the notice of the CMC for September 28, 2010, apparently issued prior to any
6  appearance by these Defendants in the matter.  As such, Defendants were unaware of this
7  CMC until contacted by Attorney Claypool on September 22, 2010, regarding his
8  apparent conflict for the scheduled date.

9  　　　3.  Under the circumstances, the parties have not been able to confer and prepare a
10 Joint Scheduling Report, but will do so at the earliest available date for all counsel.

11 　　　4.  Although Plaintiffs and Defendants will need to participate in the CMC via
12 telephone, all counsel are currently available on October 19, 2010, if this date is available
13 and convenient to the Court.

DATED: September 22, 2010　　　　　　　FERGUSON, PRAET & SHERMAN
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　Bruce D. Praet, Attorneys for Defendants

DATED: September 22, 1010　　　　　　　LAW OFFICES OF BRIAN CLAYPOOL

　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　Brian Claypool, Attorneys for Plaintiffs

　　　IT IS SO ORDERED:

　　　The Case Management Conference currently scheduled for September 28, 2010, has been continued to October 27, 2010, at 9:00 a.m.

DATED: September 22, 2010

　　　　　　　　　　　　　　　　　 /s/ Gary S. Austin
　　　　　　　　　　　　　　　　　United States Magistrate Judge